UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RORY CHAVEZ,

Plaintiff,

v.

CITY OF ST. PAUL, et al.,

Defendants.

CIVIL NO. 01-27 (RHK/JMM)

**AMENDED** ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on **January 7, 2002 at 9:00 a.m.** in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Counsel who will actually try the case shall be present. Each party shall also be present. A duly authorized officer or managing agent of each corporate party shall be present. If an insurance company is involved, the responsible agent must be present. See 28 U.S.C. § 473(b)(5); Rule 16(c) of the Federal Rules of Civil Procedure; and Local Rule 16.1(c). Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Dated: December 20, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK