UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Rory Chavez,

Plaintiff,

vs.

Officer Phillipi, Officer J. Gilsrud, Officer John Ortiz, Officer Talley, Officer Barbaras, all personally and in their official capacities as police officers with the City of St. Paul,

Defendants.

Case No.: 01-27 (RHK/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that this action may be and hereby is dismissed with prejudice and on the merits, but without cost to any party.

Dated: 1/15/02

WALKER LAW OFFICES

BY: ______________________

WILLIAM L. WALKER JR., #300883
Attorney at Law
The Romy Building Suite 209
1406 West Lake Street
Minneapolis, MN 55408
(612) 821-0094
Attorney for Plaintiff Rory Chavez

FILED JAN 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 25 2002
DEPUTY CLERK

Dated: 1-7-02

MANUEL CERVANTES
Saint Paul City Attorney

FRANK E. VILLAUME III, #112860
Assistant City Attorney
550 City Hall and Courthouse
15 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-8775
Attorneys for City of Saint Paul

**ORDER**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED, that Plaintiff's action is dismissed with prejudice and on the merits and without further cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: 1/21/02

Richard H. Kyle
United States District Court Judge